RUTH HIRSCHHORN, as Administratrix of the Estate of WILLIAM HIRSCHHORN, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant. — Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict of the jury is contrary to the weight of the credible evidence in view of the written statement by the physician. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

∎

VERZA TANNING Co., Respondent, v. EDMOND WEIL, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Cohn, Callahan and Breitel, JJ.

∎

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 310–320 W. 86TH STREET ESTATES, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.— Order unanimously modified by reducing the assessments as follows: First Year, Land $110,000, Building $130,000, Total $240,000; Remaining Years, Land $110,000, Building $140,000, Total $250,000. As so modified the order is affirmed, with $20 costs and disbursements to the appellant. We think that all the evidence, including that regarding net income, did not warrant the fixation of the higher values set by Special Term. Settle order on notice. Present — Cohn, J. P., Callahan, Van Voorhis and Breitel, JJ.

∎

In the Matter of MANUEL J. AMORIAN et al., Petitioners, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents, and the stay vacated. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ. [See *post*, p. 972.]

∎

In the Matter of KOSGOL RESTAURANT, INC., Petitioner, against JOHN F. O'CONNELL et al., Constituting the New York State Liquor Authority, Respondents.— Determination unanimously confirmed, with $20 costs and disbursements to the respondents, and the stay vacated. No opinion. Present — Peck, P. J., Dore, Van Voorhis and Breitel, JJ.